No. A–417.   NICHOLS v. UNITED STATES.   C. A. 5th Cir. Application to recall and stay the mandate, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–456.   IN RE DISBARMENT OF O'BRIEN.   Disbarment entered.   [For earlier order herein, see ante, p. 914.]

No. D–466.   IN RE DISBARMENT OF HILL.   It is ordered that Bobby L. Hill, of Savannah, Ga., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–467.   IN RE DISBARMENT OF MCGLASSON.   It is ordered that Howard Allen McGlasson, Jr., of Savannah, Ga., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–468.   IN RE DISBARMENT OF DIANGELUS.   It is ordered that Lawrence James DiAngelus, of Media, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 79, Orig.   OKLAHOMA v. ARKANSAS.   Motion of plaintiff to dismiss the bill of complaint denied.   [For earlier order herein, see, e. g., p. 808.]

No. 94, Orig.   SOUTH CAROLINA v. REGAN, SECRETARY OF THE TREASURY.   Report of the Special Master on motion of the National Governors' Association for leave to intervene is received and ordered filed.   [For earlier order herein, see, e. g., 466 U. S. 948.]

No. 83–1368.   NORTHWEST WHOLESALE STATIONERS, INC. v. PACIFIC STATIONERY & PRINTING CO.   C. A. 9th Cir.   [Certiorari granted, ante, p. 814.]   Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.